JS-5



CV16-1903 SJO



# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>John Christopher O'Connor,<br><br><div align="right">Debtor(s).</div><br><br>John J. Menchaca, Chapter 7 Trustee,<br><div align="right">Plaintiff(s),</div><br>v.<br><br>Katherine L. O'Connor, etc., et al.,<br><br><div align="right">Defendant(s).</div> | CHAPTER 7<br><br>Case No.:  2:14-bk-15018-BR<br>Adv. No.:  2:15-ap-01426-BR<br><br>**ORDER TRANSFERRING ADVERSARY PROCEEDING NO. 2:15-ap-01426-BR TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:16-cv-01903 SJO, FOR ALL FURTHER PROCEEDINGS**<br><br>Date:       July 11, 2017<br>Time:       2:00 p.m.<br>Place:      U.S. Bankruptcy Court<br>               255 East Temple Street<br>               Courtroom 1668<br>               Los Angeles, CA 90012 |

The Court held a Pre-Trial Conference in the above-captioned adversary proceeding on July 11, 2017 at 2:00 p.m. in Courtroom 1668. Wesley H. Avery, Esq. appeared on behalf of John J. Menchaca, the plaintiff and chapter 7 trustee of the estate of John Christopher O'Connor. William H. Brownstein, Esq. appeared on behalf

-1-

of Mr. O'Connor, the debtor and defendant. Other parties were present as noted on the record.

The Court considered the [Proposed] Joint Pretrial Order [LBR 7016-1(b)], the moving papers, all files and records in this adversary proceeding, and the arguments presented at the hearing. Accordingly, IT IS HEREBY ORDERED as follows:

1. The Joint Pretrial Order is APPROVED;

2. The Court will not rule on the plaintiff's pending motion for summary judgment due to the fact that the Court could only make proposed findings of fact and conclusions of law for the United States District Court to finally decide, and it is therefore more appropriate for the District Court to decide the summary judgment motion in the first instance; and

3. The adversary proceeding is TRANSFERRED back to the United States District Court for the Central District of California as Case No. 2:16-cv-01903- SJO for all further proceedings.

IT IS SO ORDERED.

Date: August 11, 2017

Barry Russell
United States Bankruptcy Judge