Wesley H. Avery, Esq. CLS-B (SBN 155724)
Lucy Mavyan, Esq. (SBN 260811)
**LAW OFFICES OF WESLEY H. AVERY, APC**
758 E. Colorado Blvd., Ste. 210
Pasadena, CA 91102-2105
Telephone No. (323) 724-3117
FAX No. (323) 724-5410
Attorney for Plaintiff Attorney for John J. Menchaca, Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOHN CHRISTOPHER O'CONNOR, an individual,<br><br>Debtor.<br><br>SSN / ITIN: xxx-xx-8785 | Case No. 2:16-CV-01903-SJO<br>Bankr. Case No. 2:14-bk-15018-BR<br>Chapter 7<br>Bankr. Adv. No. 2:15-ap-01426-BR<br><br>**NOTICE OF DISMISSAL OF CERTAIN CAUSES OF ACTION**<br><br>**[Filed concurrently with [Proposed] Order On Summary Judgment]** |
| JOHN J. MENCHACA, Chapter 7 Trustee of John Christopher O'Connor,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE L. O'CONNOR, an individual; JOHN CHRISTOPHER O'CONNOR, AS TRUSTEE OF THE JOHN CHRISTOPHER O'CONNOR DECLARATION OF TRUST DATED JANUARY 20, 2004; KATHERINE L. O'CONNOR, AS TRUSTEE OF THE 2009 THREE CHILDREN IRREVOCABLE TRUST; QUINTON HOLDINGS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; and Does 1-20,<br><br>Defendants. | Date: [None set]<br>Time: [None set]<br>Place: U.S. Courthouse<br>      Courtroom 10C<br>      350 W. 1st Street<br>      Los Angeles, CA 90012 |

Please take notice that plaintiff John J. Menchaca, the duly appointed and acting chapter 7 trustee of the bankruptcy estate of John Christopher O'Connor, an individual, filed a complaint (the "Complaint") in the Bankruptcy Court on August 10, 2015 in Bankr. Adv. No. 2:15-ap-01426-BR that was removed to this Court as the instant Case No. 2:16-CV-01903-SJO. The Trustee hereby dismisses the fourth, fifth, seventh, ninth and tenth causes of action averred in the Complaint. Furthermore, other than the Trustee's request to avoid the August 16, 2005 transfer of the Debtor's single family residence from the Debtor to the John Christopher O'Connor Declaration of Trust Dated January 20, 2004, the Trustee hereby dismissed the second cause of action in the Complaint.

DATED: August 13, 2018     **LAW OFFICES OF WESLEY H. AVERY, APC**

By: *[signature: Wesley H. Avery]*
Wesley H. Avery
Lucy Mavyan
Attorneys for Plaintiff John J. Menchaca,
Chapter 7 Bankruptcy Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 758 E. Colorado Blvd., Suite 210, Pasadena, CA 91101.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL OF CERTAIN CAUSES OF ACTION** was served in the manner stated below:

**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 13, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

BY E-MAIL

- **Robert S Altagen**         rsaink@earthlink.net
- **William H Brownstein**     Brownsteinlaw.bill@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/13/18 | Alexandria Fitzpatrick | /s/ Alexandria Fitzpatrick |
|---------|------------------------|----------------------------|
| *Date*  | *Printed Name*         | *Signature*                |